# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| **Cheryl Dean Riley**<br>**Clerk of Court** | OFFICE OF THE CLERK OF COURT<br>POST OFFICE BOX 471<br>WHEELING, WEST VIRGINIA 26003<br>(304) 232-0011<br>Facsimile (304) 233-2185 | **Michelle Widmer-Eby**<br>**Chief Deputy Clerk** |

September 29, 2021

Via CM/ECF
Panhandle Cleaning and Restoration, Inc.
c/o Christopher J. Regan
Bordas & Bordas, PLLC
1358 National Rd
Wheeling, WV 26003
and
Sharon Y Eubanks
Bordas & Bordas, PLLC
1358 National Rd
Wheeling, WV 26003

Via CM/ECF
Master Dry LLC
c/o Christopher J. Regan
Bordas & Bordas, PLLC
1358 National Rd
Wheeling, WV 26003
and
Sharon Y Eubanks
Bordas & Bordas, PLLC
1358 National Rd
Wheeling, WV 26003
and

Stephen G. Skinner
Skinner Law Firm
PO Box 487
Charles Town, WV 25414

Via CM/ECF
Nationwide Mutual Insurance Company
c/o Christopher J. Prezioso
Dinsmore & Shohl, LLP
Bennett Square
2100 Market St
Wheeling, WV 26003
and
Denise D. Pentino
Dinsmore & Shohl, LLP
Bennett Square
2100 Market St
Wheeling, WV 26003
and
Michael H. Carpenter
C. Dallas Kayser, LC
PO Box 210
Point Pleasant, WV 25550

Via CM/ECF
Allstate Insurance Company
c/o Jason A. Leckerman
Ballard Spahr LLP
1735 Market Street
51st Floor
Philadelphia, PA 19103
and
Susan R. Snowden
Jackson Kelly, PLLC - Martinsburg
310 West Burke Street
PO Box 1068
Martinsburg, WV 25402

Via CM/ECF
State Farm General Insurance Company
c/o Kyle G.A. Wallace
Alston & Bird, LLP
1201 W. Peachtree Street
Atlanta, GA 30309
and
Michael J. Barry
Alston & Bird, LLP
1201 W. Peachtree Street
Atlanta, GA 30309
and
Michael P. Kenny
Alston & Bird, LLP
1201 W. Peachtree Street
Atlanta, GA 30309
and
Sabrena Olive Gillis
Shaffer & Shaffer, PLLC - Charleston
PO Box 3973
Charleston, WV 25339-3973

Via CM/ECF
Liberty Mutual Insurance Company and
Safeco Insurance Company of America
c/o Matthew C. Blickensderfer
Frost Brown Todd LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202
and
Jared M. Tully
Frost Brown & Todd, LLC
Laidley Tower, Suite 401
500 Lee Street, East
Charleston, WV 25301-2117
and

William M. Harter
Frost Brown Todd, LLC
10 W. Broad St.
Suite 2300
Columbus, OH 43215

Via CM/ECF
Pennsylvania National Mutual Casualty Insurance Company
c/o Estelle K. McGrath
Marshall, Dennehey, Warner, Coleman & Goggin
501 Grant Street
Suite 700
Pittsburgh, PA 15219

Via CM/ECF
Amica Mutual Insurance Company
c/o Kymberly Kochis
Eversheds Sutherland LLP
The Grace Building
40th Floor
1114 Avenue of the Americas
New York, NY 10036
and
Michael R. Nelson
Eversheds Sutherland LLP
The Grace Building
40th Floor
1114 Avenue of the Americas
New York, NY 10036
and
Matthew O Gatewood
Eversheds Sutherland (US) LLP
700 Sixth Street, NW
Washington, DC 20001
And

Shanna Lee Brown
Goodwin & Goodwin, LLP
PO Box 2107
Charleston, WV 25328-2107
and
William Jeffrey Vollmer
Goodwin & Goodwin, LLP
PO Box 2107
Charleston, WV 25328-2107

Via CM/ECF
USAA Casualty Insurance Company
c/o Amelia W. Koch
Baker Donelson
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70130
and
Hal K. Litchford
Baker Donelson
200 S. Orange Avenue
Suite 2900
Orlando, FL 32801
and
Laura E. Carlisle
Baker Donelson
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70130
and
Ancil G. Ramey
Steptoe & Johnson, PLLC
P.O. Box 2195
Huntington, WV 25722-2195

Via CM/ECF
Motorists Mutual Insurance Company
c/o Donald J. McCormick
Dell, Moser, Lane & Loughney, LLC
Two Chatham Center, Suite 1500
112 Washington Place
Pittsburgh, PA 15219

Via CM/ECF
Cumberland Insurance Company, Inc.
Debra Scudiere
Kay, Casto & Chaney, PLLC - Morgantown
1085 Van Voorhis Road
Suite 100
Morgantown, WV 26505

Via U.S. Mail
Contractor Connection
10550 Deerwood Park, Suite 110
Jacksonville, FL 32256

Via CM/ECF
Westfield Insurance Company
c/o John J. Haggerty
Fox Rothschild, LLP
2700 Kelly Rd., Suite 300
Warrington, PA 18976
and
Benjamin P. Warder
Pullin Fowler Flanagan Brown & Poe PLLC
261 Aikens Center, Suite 301
Martinsburg, WV 25404
and
Matthew R. Whitler
Pullin Fowler Flanagan Brown & Poe PLLC
261 Aikens Center, Suite 301
Martinsburg, WV 25404

Via U.S. Mail
Joseph E. Freme
36 Cable Lane
Morgantown, WV 26508

   In Re: Panhandle Cleaning and Restoration, Inc. v. Nationwide Mutual Insurance
      Company, et al.
     Civil Action No. 3:17-cv-117

Dear Panhandle Cleaning and Restoration, Inc., Master Dry LLC, Nationwide Mutual Insurance Company, Allstate Insurance Company, State Farm General Insurance Company, Liberty Mutual Insurance Company, Safeco Insurance Company of America, Pennsylvania National Mutual Casualty Insurance Company, Amica Mutual Insurance Company, USAA Casualty Insurance Company, Motorists Mutual Insurance Company, Cumberland Insurance Company, Inc., Contractor Connection, Westfield Insurance Company, and Mr. Frame,

  I have been contacted by Chief Judge, Gina M. Groh, who presided over the above-mentioned case. Judge Groh informed me that it has been brought to her attention that while she presided over the case, her husband owned stock in Nationwide. Her husband's ownership of stock neither affected nor impacted her decisions in this case, which was terminated upon entry of an order granting a motion to dismiss. However, her husband's stock ownership would have required recusal under the Code of Conduct for United States Judges, and thus, Judge Groh directed that I notify the parties of the conflict.

  Advisory Opinion 71, from the Judicial Conference Codes of Conduct Committee, provides the following guidance for addressing disqualification that is not discovered until after a judge has participated in a case:

  [A]judge should disclose to the parties the facts bearing on disqualification as soon as those facts are learned, even though that may occur after entry of the decision. The parties may then determine what relief they may seek and a court (without the disqualified judge) will decide the legal consequence, if any, arising from the participation of the disqualified judge in the entered decision.

500 West Pike Street, Room 301  P.O. Box 1518  217 W. King Street, Room 102
Clarksburg, WV 26302  Elkins, WV 26241  Martinsburg, WV 25401
(304) 622-8513  (304) 636-1445  (304) 267-8225

      Although Advisory Opinion 71 contemplated disqualification after a Court of Appeals oral argument, the Committee explained "[s]imilar considerations would apply when a judgment was entered in a district court by a judge and it is later learned that the judge was disqualified." With Advisory Opinion 71 in mind, you are invited to respond to Judge Groh's disclosure of a conflict in this case. Should you wish to respond, please submit your response in writing by filing it on the docket of this case on or before **October 13, 2021**. Any response will be considered by another judge of this court without the participation of Judge Groh.

      Sincerely,

      *Cheryl Dean Riley*

      Cheryl Dean Riley,
      Clerk of Court

500 West Pike Street, Room 301  
Clarksburg, WV 26302  
(304) 622-8513  

P.O. Box 1518  
Elkins, WV 26241  
(304) 636-1445  

217 W. King Street, Room 102  
Martinsburg, WV 25401  
(304) 267-8225